Raymond H. Berry, Ralph W. Barbier, and Arthur L. Evely, all of Detroit, Mich., for petitioner.

James W. Morris and Sewall Key, both of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of record from the United States Board of Tax Appeals, and, upon stipulation of counsel filed in the case of Jennie E. Crowley v. Commissioner of Internal Revenue, 89 F.(2d) 715, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said United States Board of Tax Appeals in this cause be, and the same is hereby, affirmed.

**Lettie E. CLARK, Individually (Clair u. Clark, Deceased), Appellee, v. UNITED STATES of America, Appellant.**

No. 7676.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1937.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Victor C. Anderson, of Lansing, Mich., and George F. Anderson, of Kansas City, Mo., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the certificate of the deputy clerk of the United States District Court for the Eastern District of Michigan, Northern Division, at Bay City, Mich., and a stipulation entered into by counsel for the respective parties in the above-entitled cause, and the court being fully advised in the premises, it is ordered and adjudged that the instant case be docketed and dismissed without costs to either party.

**COMMISSIONER OF INTERNAL REVENUE v. FIDELITY & COLUMBIA TRUST COMPANY, Trustee for Mrs. Leo Thieman.**

No. 7197.

Circuit Court of Appeals, Sixth Circuit.

May 12, 1937.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for petitioner.

Mason, Spalding & McAtee, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F.(2d) 219, it is now here ordered, adjudged and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause be, and the same is hereby, affirmed under authority of the aforesaid cases.

**COMMISSIONER OF INTERNAL REVENUE v. LOUISVILLE TRUST COMPANY and James E. Fahey, Trustees for James W. and Antoinette McGrath.**

No. 7195.

Circuit Court of Appeals, Sixth Circuit.

May 12, 1937.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for petitioners.

Mason, Spalding & McAtee, of Washington, D. C., for respondents.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases

Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F.(2d) 219, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause be, and the same is hereby, affirmed under authority of the aforesaid cases.

## COMMISSIONER OF INTERNAL REVENUE v. Robert E. McGRATH.
### No. 7193.

Circuit Court of Appeals, Sixth Circuit.
May 12, 1937.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for petitioner.

Mason, Spalding & McAtee, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F.(2d) 219, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause, be and the same is hereby, affirmed under authority of the aforesaid cases.

## DALLAS JOINT STOCK LAND BANK OF DALLAS, Appellant, v. Israel Henry SPIKES, Bankrupt, Appellee.
### No. 8185.

Circuit Court of Appeals, Fifth Circuit.
May 18, 1937.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause is denied.

## EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. Ora E. BOOTHE.
### No. 10614.

Circuit Court of Appeals, Eighth Circuit.
Jan. 27, 1937.

Donald Evans, of Des Moines, Iowa, and Folsom Everest, of Council Bluffs, Iowa, for appellant.

Charles W. Lyon and Homer M. Lyon, both of Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of statutory attorney's docket fee in this court; on motion of appellant, because case has been fully compromised and settled.

## Bruce EYTINGE, Libelant-Appellant, v. William H. BERRI, Respondent-Appellee.
### No. 415.

Circuit Court of Appeals, Second Circuit.
May 17, 1937.

C. Walter Randall, of New York City (Crawford & Sprague, of New York City, George C. Sprague, Roy W. Chamberlain, and Nicholas Healy, III, all of New York City, of counsel), for appellant.

Elliott, Jones & Fanning, of Brooklyn (Thomas A. Shaw, of Brooklyn, of counsel), for appellee.